E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patricia Jones

        Plaintiff(s),

v.

ThyssenKrupp Elevator Corporation
Lisa Bradley and DOES 1-50

        Defendant(s).

CASE NO. C-05-3539 EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Frank L. Kollman, an active member in good standing of the bar of Maryland, whose business address and telephone number is Kollman & Saucier, 20 South Charles St., Baltimore, MD 21201; telephone 410-727-4300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendants,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/29/05

_____
Edward M. Chen
United States Magistrate Judge