UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

Patricia Jones

        Plaintiff(s),

v.

ThyssenKrupp Elevator Corporation
Lisa Bradley and DOES 1-50

        Defendant(s).

CASE NO. C-05-3539 EMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Thomas A. Bowden, an active member in good standing of the bar of Maryland, whose business address and telephone number is Kollman & Saucier, 20 South Charles St., Baltimore, MD 21201; telephone 410-727-4300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendants,

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/29/05

                                    Edward M. Chen
                                    United States Magistrate Judge