UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patricia Jones

          Plaintiff(s).

    v.

ThyssenKrupp Elevator Corp., et al.

          Defendant(s).    /

CASE NO. C-05-3539 EMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Kelly Culp Hoelzer _____, an active member in good standing of the bar of Maryland _____, whose business address and telephone number is Kollman & Saucier, P.A., 20 S. Charles Street, Baltimore, MD 21201, (410) 727-4300 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants _____.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: January 10, 2006

_____
Edward M. [signature]
United States Judge

*(Seal: Judge Edward M. Chen, United States District Court, Northern District of California)*