1  CARTER, CARTER & FRIES
   JAMES A. CARTER [SBN 33119]
2  BRIAN M. CARTER [SBN 132710]
   MICHELLE Q. CARTER [SBN 184005]
3  88 Kearny Street, 10th Floor
   San Francisco, CA  94108
4  Telephone:     (415) 989-4800
   Facsimile:      (415) 989-4864
5  Email:          michelle@carterfries.com

6  Attorneys for Defendants
   ThyssenKrupp Elevator Corporation &
7  Lisa Bradley

8  BAYER & BORLASE
   HEATHER E. BORLASE
9  ALAN B. BAYER
   912 Cole Street, #238
10 San Francisco, CA 94117
   415-558-9960
11 Fax: 415-558-9970
   Email: heatherborlase@aol.com
12
   Attorneys for Plaintiff
13 Patricia Jones

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN FRANCISCO DIVISION
17

18 PATRICIA JONES,                    )  Case No. C-05-3539-EMC
                                      )
19         Plaintiff,                 )  **STIPULATION AND [PROPOSED]**
                                      )  **ORDER TO ATTEND CASE**
20 vs.                                )  **MANAGEMENT CONFERENCE BY**
                                      )  **TELEPHONE**
21 THYSSENKRUPP ELEVATOR              )
   CORPORATION, a California business )
22 entity, form unknown, LISA BRADLEY, an )
   individual, and DOES 1-50,         )
23                                    )
           Defendants.                )
24 _____    )

25         Plaintiff Patricia Jones ("Jones"), and Defendant ThyssenKrupp Elevator Corporation

26 ("TKE"), by and through their undersigned counsel, respectfully request a Court order

27 permitting Defendant's lead trial counsel, Frank L. Kollman, Esquire, to attend the Case

28 Management Conference ("CMC") scheduled in this matter by telephone.

STIP. & ORDER RE: APP. BY PHONE
Case No. C-05-3539-EMC                     1

1   On September 1, 2005, the Court issued an Order Setting Initial Case Management Conference in the above-captioned action, scheduling the CMC for January 4, 2006.  On September 15, 2005, Defendant Lisa Bradley filed a Motion to Dismiss the Complaint under FRCP 12(b)(6) and Memorandum in Support.  On September 30, 2005, Plaintiff filed a Motion to Remand and Memorandum in Support.  Plaintiff subsequently filed a Motion for Leave to Amend Complaint and Memorandum in Support on October 6, 2005.  The parties submitted timely oppositions to Plaintiff's motions, and the Court heard oral argument on December 7, 2005.

While the motions were under submission, and in response to the parties' Stipulation and Proposed Order Extending Deadlines, the Court entered an Order on December 16, 2005, continuing the deadline for the Case Management Conference to the next Wednesday following 21 days after entry of any Order denying Plaintiff's Motion to Remand.  On December 22, 2005, the Court issued an Order Granting Defendant's Motion to Dismiss, Denying Plaintiff's Motion for Remand, and Denying Plaintiff's Leave to File Amended Complaint as to Defendant Bradley.  Accordingly, the Case Management Conference is now scheduled for Wednesday, January 18, 2006.

Pursuant to Local Rule 16-10(a), lead trial counsel for both parties must attend the CMC.  The rule also provides that any requests to appear telephonically must be filed and served at least five days prior to the conference.  Because Defendant's lead counsel, Frank L. Kollman, Esquire, resides and works in Baltimore, Maryland, Defendant respectfully requests that he be permitted to attend the CMC telephonically.  Plaintiff's counsel stipulates and agrees to Defendant's request.

Therefore, the parties hereby stipulate and respectfully request that the Court permit Defendant's lead trial counsel, Frank L. Kollman, to attend the CMC on January 18, 2006 by telephone.

IT IS SO STIPULATED.

1  Dated: January 6, 2006

2  CARTER, CARTER & FRIES                    BAYER & BORLASE

3

4  By:        /s/Michelle Q. Carter          By:        /s/Alan B. Bayer
   Michelle Q. Carter                        Alan B. Bayer
5  Attorneys for Defendant                   Attorneys for Plaintiff

6
   Pursuant to stipulation and with good cause shown, IT IS SO ORDERED.
7

8  Dated: January 12, 2006

9  _____
   Honorable Edward M. Chen
10 United States Magistrate
   United States ~~IT IS SO ORDERED~~ the
11 Northern District

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIP. & ORDER RE: APP. BY PHONE
Case No. C-05-3539-EMC                      3