1  BAYER & BORLASE
   HEATHER E. BORLASE [SBN 216729]
2  ALAN B. BAYER [SBN 216706]
   912 Cole Street, #238
3  San Francisco, CA 94117
   Telephone:    (415) 558-9960
4  Facsimile:    (415) 558-9970
   Email: heatherborlase@aol.com
5  Attorneys for Plaintiff Patricia Jones

6  CARTER, CARTER & FRIES
   JAMES A. CARTER [SBN 33119]
7  MICHELLE Q. CARTER [SBN 184005]
   88 Kearny Street, 10th Floor
8  San Francisco, CA 94108
   Telephone:    (415) 989-4800
9  Facsimile:    (415) 989-4864
   Email:        michelle@carterfries.com
10
   Of Counsel:
11 FRANK L. KOLLMAN [appearing *pro hac vice*]
   KELLY C. HOELZER [appearing *pro hac vice*]
12 KOLLMAN & SAUCIER, P.A.
   20 South Charles Street, 8th Floor
13 Baltimore, MD 21201
14 Telephone:    (410) 727-4300
   Facsimile:    (410) 727-4391
15 Email:        khoelzer@kollmanlaw.com
   Attorneys for Defendants
16 ThyssenKrupp Elevator Corporation

17

18                  **UNITED STATES DISTRICT COURT**

19                  **NORTHERN DISTRICT OF CALIFORNIA**

20

21 PATRICIA JONES,                           ) Case No.:  C-05-3539-EMC
                                             )
22         Plaintiff,                        )
                                             ) **STIPULATION TO DISMISS**
23     vs.                                   ) **COMPLAINT WITH PREJUDICE**
                                             )  ORDER
24 THYSSENKRUPP ELEVATOR                     )
   CORPORATION, a California business entity,)
25 form unknown, LISA BRADLEY, an            )
   individual, and DOES 1-50,                )
26                                           )
                                             )
27         Defendants.                       )
                                             )

28

STIPULATION TO DISMISS ACTION WITH PREJUDICE
Case No. C-05-3539-EMC                  - 1 -

1  THE PARTIES HEREBY STIPULATE to the following:

2  Plaintiff, PATRICIA JONES' amended complaint is to be dismissed with prejudice.

3  Each party is to bear her/its own costs of suit and any attorney's fees incurred.

4

5  SO STIPULATED:

6  Date: 5/8/06

                                             BAYER & BORLASE

                                       By: _____

                                             Alan B. Bayer
                                             Attorney of Record for Plaintiff,
                                             PATRICIA JONES

Date:

                                             KOLLMAN & SAUCIER

                                         By: _____
                                             Frank L. Kollman
                                             Attorney of Record for
                                             Defendant, THYSSENKRUPP
                                             ELEVATOR CORPORATION

ORDER DISMISSING COMPLAINT:

The above-entitled matter, JONES v. THYSSENKRUPP, Case Number C-05-3539-EMC is hereby dismissed with prejudice. The parties are to bear their own costs of suit and attorney's fees incurred.

SO ORDERED:

                                         HON. ~~Edwin M. Chen,~~ Edward M. Chen
                                         Magistrate Judge of the United States
                                         District Court, Northern District of
                                         California
                                         Date: May 9, 2006